**In re Henderson.**
On January 18, 2012, this court found Paul S. Henderson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Henderson was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On January 2, 2015, Henderson submitted a motion for leave to file a notice of appeal.

It is ordered by the court that the motion for leave is denied.

**2014–1555. In re Application of Libretti.**
This matter is pending before the court upon the filing by the Board of Commissioners on Character and Fitness of a final report and recommendation. On December 9, 2014, applicant Joseph V. Libretti Jr. and amici curiae Citizens' Institute for Law and Public Policy and Cure–Ohio filed a motion for leave to submit an answer brief to the response of relator Cleveland Metropolitan Bar Association. In addition, on December 9, 2014, amici curiae Robert L. Tobik, John T. Martin, Erika Cunliffe, Jeffrey M. Gamso, Linda Hricko, Paul Kuzmins, Christopher Scott Maher, and Cullen Sweeney filed a motion for leave to file a reply brief in support of applicant. Relator filed a response to the motions. These matters were considered by the court.

Upon consideration thereof, it is ordered by the court that the motion for leave filed by applicant Joseph V. Libretti Jr. and amici curiae Citizens' Institute for Law and Public Policy and Cure–Ohio is granted. The answer briefs of applicant Joseph V. Libretti Jr., amicus curiae Citizens' Institute for Law and Public Policy, and amici curiae Cure–Ohio and fifteen attorneys and law professors in support of applicant, Joseph V. Libretti Jr., shall be filed with the court within five days of the date of this order.

It is further ordered that the motion for leave filed by amici curiae Robert L. Tobik, John T. Martin, Erika Cunliffe, Jeffrey M. Gamso, Linda Hricko, Paul Kuzmins, Christopher Scott Maher, and Cullen Sweeney is granted. The brief of amici curiae Robert L. Tobik, John T. Martin, Erika Cunliffe, Jeffrey M. Gamso, Linda Hricko, Paul Kuzmins, Christopher Scott Maher, and Cullen Sweeney in support of applicant, Joseph V. Libretti Jr., shall be filed with the court within five days of the date of this order.

**2014–1498. Ohio State Bar Assn. v. Baratta.**
The Board on the Unauthorized Practice of Law filed its final report on August 27, 2014, recommending that pursuant to Gov.Bar R. VII(7)(G), the court issue an order finding that respondents, Robert M. Baratta and Ertemio R. Baratta, a.k.a. Tim Baratta, engaged in the unauthorized practice of law and requiring respondents to pay the costs and expenses incurred by the board and relator in this matter. Respondents filed no objections to the final report, and this cause was considered by the court.

On consideration thereof, it is ordered by the court that this cause is dismissed.